UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN YONG TANG and FARIS AL KOOHEJI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIC CAPITAL HOLDINGS LTD., et al.,<br><br>Defendants. | Civil Action No. 21-17008-JXN-AME<br><br>**ORDER** |

This matter having come before the Court on the defendants' joint motion to transfer the action to the United States Bankruptcy Court for the District of Delaware or, alternatively, to the United States District Court for the District of Delaware [ECF 46]; and the plaintiffs having opposed the motion; and the Court having considered the papers filed by the parties; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 7th day of October 2022,

**ORDERED** that the defendants' motion to transfer venue [ECF 46] is **GRANTED**; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1412, this action is **TRANSFERRED** to the United States District Court for the District of Delaware.

    /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge